IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Heath,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NRA Group, LLC,<br><br>　　　　　Defendant. | No. CV-15-08100-PCT-NVW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 15).

IT IS FURTHER ORDERED that this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED vacating the November 13, 2015 Rule 16 Scheduling Conference.

DATED this 15th day of October, 2015.

_____
Neil V. Wake
United States District Judge